1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  YOUNG YIL JO,                          CASE NO. 1:11-cv-01075-OWW-SMS PC

10              Plaintiff,                 ORDER DISMISSING ACTION, WITH
                                           PREJUDICE, FOR FAILURE TO STATE A
11       v.                                CLAIM

12  SIX UNKNOWN NAMES AGENTS, et al.,      (ECF No. 1)

13              Defendants.
    _____/

14

15      Plaintiff Young Yil Jo is a federal prisoner currently housed at the Airpark Unit Correctional

16  Center in Big Spring, Texas.  To date, Plaintiff has filed over one-hundred forty civil cases in this

17  district.  The complaint in this action is rambling and incoherent, and fails to state any cognizable

18  claims under federal law.  Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v.

19  Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1965 (2007).  Given this litigant's abusive filing

20  practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not

21  warranted.  Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

22      Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE.

23

24  IT IS SO ORDERED.

25  **Dated:    July 5, 2011**                    _____/s/ Oliver W. Wanger_____
                                                  UNITED STATES DISTRICT JUDGE
26

27

28

1